IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


LASHONDA SLATER, SLATER, ROCHELLE                          PLAINTIFFS
ANTHONY, SHARON LEWIS,
AND MICHELLE REEVES, ON BEHALF
OF THEMSELVES AND ALL OTHER SIMILARLY
SITUATED

VS.                                    CIVIL ACTION NO. 3:07CV119TSL-JCS

FAMILY DOLLAR STORES, INC.,                                DEFENDANTS
D/B/A FAMILY DOLLAR STORES, AND
JOHN DOES 1-10


<u>ORDER</u>

     This cause is before the court on the motion of defendant
Family Dollar Stores, Inc. to transfer venue to the United States
District Court for the Western District of North Carolina.
Having regarded defendant as having raised a new argument in its
rebuttal submission, i.e, transfer based on the first-to-file
rule, in effort to allow the plaintiffs to respond to the
argument, on September 27, 2007, the court entered a show cause
order, requiring plaintiffs to show cause, on or before October
8, 2007, why this case should not be transferred pursuant to the
first-to-file rule.  On October 12, 2007, the court granted
plaintiff's first motion for an extension of time to respond to
the show cause order, granting plaintiffs until October 18, 2007
to respond.  However, as of this date, plaintiffs have not
responded to the order.  Accordingly, for the reasons set forth
in the September 27, 2007 show cause order, the court concludes

that defendant's motion should be granted and thus, that this

case should be transferred to the United States District Court

for the Western District of North Carolina, Charlotte Division.

SO ORDERED, this the 26th day of October, 2007.


S/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE